# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00231-CV

### In re Mark Joseph Watson

---

### ORIGINAL PROCEEDING FROM BELL COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Mark Joseph Watson dba "Mark Joseph Watson©, *ens legis*" has filed a petition for writ of mandamus seeking relief against the Texas Comptroller of Public Accounts. This Court does not have jurisdiction to issue a writ of mandamus against the Texas Comptroller of Public Accounts. *Ex parte Springsteen*, 506 S.W.3d 789, 794 (Tex. App.—Austin 2016, pet. denied); *see also* Tex. Gov't Code § 22.002(c) (limiting the writ power against Executive officers only to the Texas Supreme Court). Relator has not demonstrated that our jurisdiction is implicated here, and we have no jurisdiction to grant relator the relief he seeks.

Accordingly, the petition is dismissed for want of jurisdiction.

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Triana, and Kelly

Filed: May 19, 2021